762 A.2d 1082

COMMONWEALTH of Pennsylvania, BUREAU
OF DRIVER LICENSING, Respondent,

v.

Christopher HORN, Petitioner.

Supreme Court of Pennsylvania.

Nov. 1, 2000.

## ORDER

PER CURIAM:

**AND NOW,** this 1st day of November 2000, the Petition for Allowance of Appeal is hereby **GRANTED** and the order of the Commonwealth Court is affirmed. *Commonwealth of Pennsylvania, Department of Transportation v. McCafferty,* 563 Pa. 146, 758 A.2d 1155 (2000).